ROBERT L. FURST (admitted *pro hac vice*)
furst.robert@dol.gov
SYMA AHMAD (CA SBN 236522)
ahmad.syma@dol.gov
JEFFREY M. HAHN (admitted *pro hac vice*)
hahn.jeffrey.m@dol.gov
DAVID M. ELLIS (admitted *pro hac vice*)
ellis.david.m@dol.gov
Office of the Solicitor
Plan Benefits Security Division
United States Department of Labor
P.O. Box 1914
Washington, DC  20013
Tel: (202) 693-5600; Fax: (202) 693-5610
Attorneys for Plaintiff Thomas E. Perez,
Secretary of Labor, United States Department of Labor

JOSEPH C. FAUCHER (SBN 137353)
joe.faucher@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East
Suite 1400
Los Angeles, CA  90067-1517
Telephone:   (310) 203-4000
Facsimile:   (310) 229-1285
Attorneys for Defendant
GreatBanc Trust Company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS E. PEREZ**, Secretary of the United States Department of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>**GREATBANC TRUST COMPANY**, et al.,<br><br>    Defendants. | Case No. ED-CV12-1648-R (DTBx)<br><br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO ENTRY OF ORDER** |

1    The parties hereto through their respective counsel of record hereby

2  notify the Court that the Secretary of Labor and defendant GreatBanc Trust

3  Company ("GreatBanc") have reached a Settlement Agreement to settle and

4  dispose of all claims in this case.  The parties hereto further stipulate that the

5  Court should enter the proposed Order filed concurrently herewith, which

6  incorporates the parties' Settlement Agreement (attached hereto as Exhibit 1),

7  seeks dismissal of this action with prejudice and without costs, and provides

8  for the Court to retain jurisdiction over the monetary terms of the Settlement

9  Agreement.

10    It is so stipulated.

11

12  Dated: June 2, 2014                    Respectfully submitted:

13
    M. PATRICIA SMITH                      RISA D. SANDLER
14  Solicitor of Labor                     Counsel for Fiduciary Litigation

15
    G. WILLIAM SCOTT                       ROBERT L. FURST
16  Acting Associate Solicitor             Senior Trial Attorney
17  Plan Benefits Security Division

18
                                           /s/ Syma Ahmad
19                                         SYMA AHMAD
20                                         JEFFREY M. HAHN
                                           DAVID M. ELLIS
21

22                                         Attorneys for Plaintiff

23
      DATED: June 2, 2014                  DRINKER BIDDLE & REATH LLP
24

25                                         By:   /s/ Joseph C. Faucher
26                                               JOSEPH C. FAUCHER
                                                 Attorneys for Defendant
27                                               GreatBanc Trust Company

28

Notice of Settlement and Stipulation to Entry of Order

1   **CERTIFICATE OF SERVICE**

2         I hereby certify that on this 2nd day of June, 2014, true and correct

3   copies of the following documents in the above-captioned case were served

4   on counsel of record via the court's CM/ECF system:

5         Notice of Settlement and Stipulation to Entry of Order;

6         Exhibit 1 – Settlement Agreement, with Attachment A; and

7         Exhibit 2 – [Proposed] Order Incorporating Settlement Agreement and

8         Dismissing Action

9

10                           /s/ *Syma Ahmad*

11                           Syma Ahmad
                             Trial Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Settlement and Stipulation to Entry of Order