JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS E. PEREZ**, Secretary of the United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>**GREATBANC TRUST COMPANY,** <u>et</u> <u>al.</u>,<br><br>Defendants. | ) **Case No. ED-CV12-1648-R(DTBx)**<br>)<br>) **ORDER INCORPORATING**<br>) **SETTLEMENT AGREEMENT**<br>) **AND DISMISSING ACTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The Court having been notified by counsel of the settlement of this action and of the Settlement Agreement between the parties settling this action, hereby **ORDERS:**

1. That the Settlement Agreement and its terms are incorporated into this Order and the Court will retain jurisdiction over this action and the parties for the purpose of enforcing the monetary terms of the Settlement Agreement; and

2. That this action be dismissed with prejudice and without costs.

**IT IS SO ORDERED**.

Dated: June 02, 2014 _____

HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Order Incorporating Settlement Agreement and Dismissing Action